UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMorgan Chase, N.A., <br><br> Plaintiff, <br><br> v. <br><br> Las Vegas Development Group, LLC. <br><br> Defendants. | Case No. 2:13-cv-1249-APG-VCF <br><br> **ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |

Based upon the papers submitted by the parties in this case, the Court concludes that some of Plaintiff's arguments regarding due process and notice call into the question the constitutionality of certain provisions of Chapter 116 of the Nevada Revised Statutes (with particular reference to NRS § 116.3116). Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 of the Nevada Revised Statutes has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of the Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

    Hon. Catherine Cortez Masto
    Office of the Attorney General
    100 North Carson Street
    Carson City, Nevada 89701

    Hon. Catherine Cortez Masto
    Office of the Attorney General
    Grant Sawyer Building
    555 E. Washington Avenue, Suite 3900
    Las Vegas, Nevada 89101

1  **IT IS FURTHER ORDERED** that the parties shall forthwith serve a copy of this Order upon the Attorney General for the State of Nevada.

DATED THIS 4th day of April 2014.

                                                                  _____
                                                                  ANDREW P. GORDON
                                                                  UNITED STATES DISTRICT JUDGE