UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE NA, | ) |
| | ) 2:13-cv-01249 APG-VCF |
| Plaintiff, | ) |
| vs. | ) MINUTES OF THE COURT |
| | ) |
| LAS VEGAS DEVELOPMENT GROUP, | ) DATED April 11, 2016 |
| | ) |
| Defendant. | ) |

PRESENT
THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>      RECORDER:    NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :                NONE APPEARING

COUNSEL FOR DEFENDANT (S) :                NONE APPEARING

MINUTE ORDER IN CHAMBERS:

The Order on Stipulation of Dismissal (#47) was entered in this case on September 2, 2014. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiff, (#30), posted in the amount of $1,000.00, receipt #NVLAS025504, filed March 27, 2014, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
UNITED STATES DISTRICT JUDGE

DATED:    April 12, 2016